Carl Edward BURTON, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 15522.

United States Court of Appeals Sixth Circuit.

April 17, 1964.

Don R. Gardner (court appointed), Cincinnati, Ohio (Carl Edward Burton, in pro per., on the brief), for appellant.

Wayne J. Carroll, Louisville, Ky. (William E. Scent, U. S. Atty., Wayne J. Carroll, Asst. U. S. Atty., Louisville, Ky., on the brief), for appellee.

Before CECIL and O'SULLIVAN, Circuit Judges, and MILLER, District Judge.

ORDER.

This cause having come on to be heard upon the record and briefs and the arguments of counsel, and upon due consideration it appearing to this Court that the judgment of the District Court should be affirmed,

Now, therefore, it is ordered that the judgment of the District Court in this cause be, and it is, hereby affirmed.

Paul Ginsburg, pro se, appellant.

I. Martin Wekselman, Pittsburgh, Pa. (Robert M. Brown, Pittsburgh, Pa., on the brief), for appellees.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The court below found that the appellant's "Motion to Strike Judgment and Quash Execution Thereon" presented no new matter and "was merely a rehash and a resubmission of contentions incorporated previously in various motions". The court then concluded "that what is now being done is purely a matter of delay" and denied the motion. This appeal followed.

Our independent examination of the long series of post judgment motions filed by the appellant in this case convinces us that the district court's characterization and disposition of this motion were proper.

The district court's order will be affirmed. The appellees' costs and an attorney's fee of $500. on this appeal shall be taxed against the appellant. See Ginsburg v. Stern, 295 F.2d 698 (C.A.3, 1961), cert. denied, 368 U.S. 987, 82 S. Ct. 603, 7 L.Ed.2d 525 (1962).

Bonn Kraus GINSBURG and John Paul Ginsburg, Minors, by their Guardian ad Litem, Betty K. Ginsburg

v.

Paul GINSBURG, Appellant.

No. 14675.

United States Court of Appeals Third Circuit.

Argued April 10, 1964.

Decided April 22, 1964.